| | |
|---|---|
| DANIEL LIPSKY, | 4:25-CV-04095-RAL |
| Plaintiff, | |
| vs. | ORDER REQUIRING PLAINTIFF TO PAY FILING FEE OR MOVE FOR LEAVE TO PROCEED IN FORMA PAUPERIS |
| MARTIN J. JACKLEY, in his individual capacity as the Attorney General of the State of South Dakota; THOMAS DENNY SANFORD; SANFORD HEALTH, a non-profit private corporation; and JOHN AND JANE DOE 1-12, currently unknown possible Co-defendants, | |
| Defendants. | |

Plaintiff Daniel Lipsky filed a pro se lawsuit on June 3, 2025. Doc. 1. A federal court may authorize the commencement of any lawsuit without prepayment of fees when an applicant submits an affidavit stating he is unable to pay the costs of the lawsuit. 28 U.S.C. § 1915(a)(1). Lipsky has not moved for in forma pauperis status or in the alternative, has not paid the full filing fee. Lipsky must pay the filing fee or file a motion for leave to proceed in forma pauperis by **July 18, 2025**.

Accordingly, it is

ORDERED that the Clerk of Court send Lipsky a blank Motion to Proceed Without Prepayment of Fees and Declaration form. It is further

ORDERED that Lipsky must pay the full civil complaint filing fee (**$405.00**) or move for leave to proceed in forma pauperis by **July 18, 2025**. Failure to do so will result in dismissal of his complaint without prejudice for failure to prosecute.

DATED June 18, 2025.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE