# Notice Of Withdrawal

It has become necessary for the plaintiff in this case to make some minor amendments to the original complaint. That is the addition of three defendants. Plaintiff is therefore withdrawing this case and will refile it with three additional defendants. Both the filing fee and service of process will be handled promptly thereafter.

Respectfully submitted:                    **Pro Se Litigant**

July 3, 2025                               Daniel Lipsky

_____                                   7260 W. Azure Dr. 140-223

Las Vegas, NV 89130

(646)465-2243

Dapperdann46@gmail.com

Lipsky, O
7760 W. Azure dr ste 140-223
Lv, NV 89130

**CERTIFIED MAIL**

9589 0710 5270 3263 6847 93



$5.09
US POSTAGE
FIRST-CLASS IMI
063S13306496
89130
000039425

400 South Philips
office of the Clerk Rm. 128
Sioux Fals. SD 57104

57104-685128

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

X-RAYED BY
SOUTH DAKOTA
CSO